**Fill in this information to identify the case:**

Debtor 1: Myrna Rivera

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 21-02361-JMC-13

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series IV Trust

**Court claim no.** (if known): 17-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 7 9

**Date of payment change:** Must be at least 21 days after date of this notice: 09/01/2022

**New total payment:** Principal, interest, and escrow, if any: $ 978.57

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 302.25        New escrow payment: $ 380.93

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Debtor 1  __Myrna Rivera__  Case number (if known) __21-02361-JMC-13__
         First Name  Middle Name  Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons    Date 07/15/2022
Signature

Print: __Molly Slutsky Simons__    Title __Attorney for Creditor__
       First Name  Middle Name  Last Name

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__
         Number  Street

__Loveland__    __OH__  __45140__
City    State   ZIP Code

Contact phone __513-444-4100__    Email __bankruptcy@sottileandbarile.com__

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

MYRNA RIVERA
10572 POLLARD PARK
INDIANAPOLIS IN  46234

Analysis Date: July 07, 2022                                                                                               Final
Property Address: 10572 POLLARD PARK  INDIANAPOLIS, IN 46234                                   Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from July 2021 to Aug 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 597.64 | 597.64 ** |
| Escrow Payment: | 302.25 | 380.93 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $899.89 | $978.57 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2019 |
| Escrow Balance: | (14,963.80) |
| Anticipated Pmts to Escrow: | 9,974.25 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($4,989.55) |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,060.73 | (11,945.08) |
| Jul 2021 | 302.25 | | | | * | | 2,362.98 | (11,945.08) |
| Aug 2021 | 302.25 | | | | * | | 2,665.23 | (11,945.08) |
| Aug 2021 | | | | 2,312.10 | * | Homeowners Policy | 2,665.23 | (14,257.18) |
| Sep 2021 | 302.25 | 387.29 | 2,362.98 | | * | Homeowners Policy | 604.50 | (13,869.89) |
| Oct 2021 | 302.25 | 387.29 | | | * | | 906.75 | (13,482.60) |
| Oct 2021 | | 3.22 | | | * | Escrow Only Payment | 906.75 | (13,479.38) |
| Oct 2021 | | | | 1,082.00 | * | County Tax | 906.75 | (14,561.38) |
| Nov 2021 | 302.25 | | 182.00 | | * | County Tax | 1,027.00 | (14,561.38) |
| Dec 2021 | 302.25 | 387.29 | | | * | | 1,329.25 | (14,174.09) |
| Jan 2022 | 302.25 | 387.29 | | | * | | 1,631.50 | (13,786.80) |
| Feb 2022 | 302.25 | | | | * | | 1,933.75 | (13,786.80) |
| Mar 2022 | 302.25 | | | | * | | 2,236.00 | (13,786.80) |
| Apr 2022 | 302.25 | | | | * | | 2,538.25 | (13,786.80) |
| Apr 2022 | | | | 1,177.00 | * | County Tax | 2,538.25 | (14,963.80) |
| May 2022 | 302.25 | | 1,082.00 | | * | County Tax | 1,758.50 | (14,963.80) |
| Jun 2022 | 302.25 | | | | * | | 2,060.75 | (14,963.80) |
| | | | | | | Anticipated Transactions | 2,060.75 | (14,963.80) |
| Jul 2022 | | 9,672.00 | | | | | | (5,291.80) |
| Aug 2022 | | 302.25 | | | | | | (4,989.55) |
| | $3,627.00 | $11,526.63 | $3,626.98 | $4,571.10 | | | | |

Page 1

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 3,626.98. Under Federal law, your lowest monthly balance should not have exceeded 604.50 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: July 07, 2022  
Borrower: MYRNA RIVERA  
Loan:  
Final

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (4,989.55) | 3,013.16 |
| Sep 2022 | 380.93 | 2,312.10 | Homeowners Policy | (6,920.72) | 1,081.99 |
| Oct 2022 | 380.93 | | | (6,539.79) | 1,462.92 |
| Nov 2022 | 380.93 | 1,082.00 | County Tax | (7,240.86) | 761.85 |
| Dec 2022 | 380.93 | | | (6,859.93) | 1,142.78 |
| Jan 2023 | 380.93 | | | (6,479.00) | 1,523.71 |
| Feb 2023 | 380.93 | | | (6,098.07) | 1,904.64 |
| Mar 2023 | 380.93 | | | (5,717.14) | 2,285.57 |
| Apr 2023 | 380.93 | | | (5,336.21) | 2,666.50 |
| May 2023 | 380.93 | 1,177.00 | County Tax | (6,132.28) | 1,870.43 |
| Jun 2023 | 380.93 | | | (5,751.35) | 2,251.36 |
| Jul 2023 | 380.93 | | | (5,370.42) | 2,632.29 |
| Aug 2023 | 380.93 | | | (4,989.49) | 3,013.22 |
| | $4,571.16 | $4,571.10 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 761.85. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 761.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (4,989.55). Your starting balance (escrow balance required) according to this analysis should be $3,013.16. This means you have a shortage of 8,002.71. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 4,571.10. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

Analysis Date: July 07, 2022 Final
Borrower: MYRNA RIVERA Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 380.93 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $380.93 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 21-02361-JMC-13 |
| Myrna Rivera | Chapter 13 |
| Debtor. | Judge James M. Carr |

## CERTIFICATE OF SERVICE

I certify that on July 15, 2022, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Keith Eirik Gifford, Debtor's Counsel
    kgooden@redmanludwig.com

    Nathan William Gooden, Debtor's Counsel
    ngooden@redmanludwig.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on July 15, 2022, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Myrna Rivera, Debtor
    10572 Pollard Park
    Indianapolis, IN 46234

                      Respectfully Submitted,

                      /s/ Molly Slutsky Simons
                      Molly Slutsky Simons (OH 0083702)
                      Sottile & Barile, Attorneys at Law
                      394 Wards Corner Road, Suite 180
                      Loveland, OH 45140
                      Phone: 513.444.4100
                      Email: bankruptcy@sottileandbarile.com
                      Attorney for Creditor